UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

CARL H. PLUMB,

        Plaintiff,

   v.

WASHINGTON STATE EMPLOYEES CREDIT UNION, et al.,

        Defendant.

No. CV-06-3087-FVS

ORDER OF DISMISSAL

**On** January 23, 2007 this Court Ordered the parties to show cause why this matter should not be dismissed for failure to prosecute. A review of the file shows that there has been no response to the Court's Order to Show Cause. Now, therefore

**IT IS HEREBY ORDERED** that this case is dismissed without prejudice for failure to prosecute.

**IT IS SO ORDERED:** The District Court Executive is hereby directed to enter this order, **close** this file and furnish copies to counsel.

**DATED** this ___31st___ day of May, 2007.

                        s/ Fred Van Sickle
                          Fred Van Sickle
                 United States District Judge

ORDER OF DISMISSAL - 1